# ATTACHMENT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:19-cr-00205-KKC-MAS-1

UNITED STATES OF AMERICA                         PLAINTIFF

V.                              FACTUAL BASIS

CORRELL BUCKHALTER                               DEFENDANT

\* \* \* \* \*

Defendant CORRELL BUCKHALTER (hereinafter referred to as the "Defendant" or "BUCKHALTER") agrees to plead guilty because Defendant is in fact guilty. The Defendant certifies that Defendant does hereby admit that the facts set forth below are true, and were this case to go to trial, the United States would be able to prove those specific facts and others beyond a reasonable doubt, and that these facts are sufficient to support a plea of guilty.

FACTS

Between approximately July 2017 and December 2018, in the Eastern District of Kentucky, and elsewhere, BUCKHALTER knowingly and willfully combined, conspired, confederated and agreed with Carlos Rogers, Robert McCune, and others to violate Title 18, United States Code, Section 1347, that is, to

2

Defendant's Initials: _CB_

knowingly and willfully execute a scheme and artifice to defraud the Gene Upshaw NFL Player Health Reimbursement Account Plan, a healthcare benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), and to obtain, by means of false or fraudulent pretenses, representations, and promises, money and property owned by, and under the custody of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1349.

BUCKHALTER was a vested member of the Gene Upshaw NFL Player Health Reimbursement Account Plan (the "Plan"). The Plan allowed vested members to seek reimbursement for eligible health care costs. The reimbursement amount available to vested members was dependent upon the number of years played in the NFL.

BUCKHALTER agreed with Carlos Rogers, Robert McCune, and others to submit false and fraudulent claims to the Plan, through the use of interstate wires, seeking reimbursements for high dollar value durable medical equipment that were never actually provided to vested members. The submitted claims included falsified prescriptions, letters of medical necessity, and invoices. BUCKHALTER agreed to pay Carlos Rogers, Robert McCune, and others to assist in the submission of these falsified claims.

3

Defendant's Initials:

During the conspiracy, BUCKHALTER and his co-conspirators, through the use of interstate wires, caused the submission of four false and fraudulent claims to the Plan under BUCKHALTER's name.   For example, on July 6, 2017, BUCKHALTER and his co-conspirators submitted a claim to the Plan seeking reimbursement for a Hyperbaric Chamber 40.   These claims sought reimbursement for items that were not medically necessary and were not actually provided.   The Plan paid BUCKHALTER approximately $178,312.88 for these claims. Additionally, BUCKHALTER and his co-conspirators, through the use of interstate wires, facilitated other vested members of the Plan in joining the scheme and assisted them in causing the false and fraudulent submission of claims to the Plan. As a result, the Plan was billed approximately $1,297,560 and paid approximately $749,050 for reimbursement for items that were not medically necessary and not actually provided.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me.   It does not include all of the facts known to me concerning criminal activity in which I engaged.   I make this statement knowingly and voluntarily and because I am in fact guilty of the crime charged.

4

Defendant's Initials: C B

DATED this **11th** day of ~~January~~ March, 2020.

G. Buckhalter

Correll Buckhalter
Defendant

Stephen D. Milner
Attorney for Defendant

5

Defendant's Initials: C B