AO 35 (03/10) Certificate of Official Court Reporter          21-2

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

Eastern District of Kentucky
FILED
JAN 19 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## CERTIFICATE OF OFFICIAL COURT REPORTER
Arraignments, Pleas, and Sentencing Proceedings

I, (print full name) __Linda Mullen__, certify that I am a duly appointed Official Court Reporter for the United States district court named above, and that I was present in the courtroom of this court on (date) __10/25/2021__. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the following cases:

| Name of Defendant | Docket Number | Nature of Proceeding (Arraignment, plea, sentence) |
|---|---|---|
| John Edward Maupin | 5:20-cr-108 | Sentencing |
| Correll Buckhalter | 5:19-cr-205-1 | Sentencing |
| Anthony Montgomery | 5:19-cr-206-10 | Sentencing |
| Darrell Reid | 5:19-cr-206- | Sentencing |

I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on (machine or equipment – make and model or format) __USB flash drive__, that it can be transcribed without undue difficulty, and that I have filed the original recording with the clerk of court.

I further certify that I have filed my original steno-notes, stenomask recordings, or other original records taken of these proceedings with the clerk as required by 28 USC § 753(b).

Date: __10/25/2021__            _Linda Mullen_
                                (Court Reporter's Signature)