UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>V.<br><br>CORRELL BUCKHALTER,<br><br>　　Defendant. | CRIMINAL NO. 5:19-205-KKC-MAS-1<br><br><br><br>ORDER |

\*\*\* \*\*\* \*\*\*

The Court hereby ORDERS that defendant Correll Buckhalter's motion to modify the conditions of his supervised release (DE 154) is GRANTED as follows:

1) Buckhalter may leave his residence and may travel within the Northern District of Texas and outside of the Northern District of Texas at the discretion and under the conditions approved **in advance** by his United States probation officer.

2) Thus, Buckhalter should seek the approval of his supervising federal probation officer for the travel and activities proposed in his motion, including his request that his ankle monitor be removed prior to each of the activities he proposes and reattached after the proposed activity ends.

3) During Buckhalter's period of supervision, the U.S. Probation Office in the Northern District of Texas has authority to approve in advance any request by Buckhalter to leave his residence for activities and travel within and outside of the Northern District of Texas

and to set any conditions for such activities and travel, including the removal of Buckhalter's ankle monitor.

This 6th day of April, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY